1

2

3

4

5

6

7

8

9               IN THE UNITED STATES DISTRICT COURT

10                  FOR THE DISTRICT OF OREGON

11   KAREN L. ELLIS,              )
                                  )      Civil No. 07-209-HU
12            Plaintiff,          )
                                  )
13       v.                       )
                                  )      JUDGMENT
14   MICHAEL J. ASTRUE,           )
     Commissioner of Social       )
15   Security,                    )
                                  )
16            Defendant.          )

17   HUBEL, Magistrate Judge.

18
          Based on the Record,
19
          IT IS ORDERED AND ADJUDGED that the decision of the
20
     Commissioner is AFFIRMED and this case is dismissed.
21
          DATED this  27th    day of February, 2008.
22

23                                  /s/ Dennis J. Hubel
                                    _____
24                                  Dennis J. Hubel
                                    United States Magistrate Judge
25

26

27

28
                    F:\USER\BARTHOLO.MEW\CDRIVE\CASEFORM\07-209judgment.wpd